UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Belqui M.,

        Petitioner,

v.                                    **ORDER ADOPTING REPORT AND RECOMMENDATION**
                                       Civil File No. 26-00308 (MJD/SGE)

Pamela Bondi, et al.,

        Defendants.

Maria Miller, Martin Law, Counsel for Petitioner.

Ana H. Voss, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins filed January 21, 2026. [Doc. 6.] Respondents have filed objections to the Report and Recommendation. Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Elkins.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins filed January 21, 2026. **[Doc. 6.]** Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED as follows:**

1. Respondents are ordered to provide Petitioner a bond hearing within seven (7) days of the date of this Order in the District of Minnesota; and

2. Within nine (9) days of the date of this Order, Respondents are required to confirm that the bond hearing has occurred and the outcome of that hearing or explain why the hearing has not occurred.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 25, 2026					s/Michael J. Davis
							Michael J. Davis
							United States District Court