# UNITED STATES DISTRICT COURT
## District of Minnesota

Belqui Castillo Mejia

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration & Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Joel Brott

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00308-MJD-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins filed January 21, 2026. **[Doc. 6.]** Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED as follows:**

1. Respondents are ordered to provide Petitioner a bond hearing within seven (7) days of the date of this Order in the District of Minnesota; and

2. Within nine (9) days of the date of this Order, Respondents are required to confirm that the bond hearing has occurred and the outcome of that hearing or explain why the hearing has not occurred.

Date: 1/25/2026

KATE M. FOGARTY, CLERK