UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Belqui M.,

        Petitioner,

v.

Pamela Bondi, et al.,

        Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-308 (MJD/SGE)

Maria Miller, Martin Law, Counsel for Petitioner.
Ana H. Voss, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

On January 25, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to provide Petitioner a bond hearing in the District of Minnesota within seven days. (Doc. 8.)  On January 26, 2026, Respondents informed the Court that no hearing is necessary because Petitioner was released from custody on January 23, 2026.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Belqui M's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 26, 2026        s/Michael J. Davis
                                                    Michael J. Davis
                                                    United States District Court