# UNITED STATES DISTRICT COURT
## District of Minnesota

Belqui Castillo Mejia,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood, Joel Brott,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-308 MJD/SGE

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Belqui M's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 1/26/2026

KATE M. FOGARTY, CLERK